DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
WILL M. YAMADA, ESQ. (SBN 226669)
**MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95814
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE ALBA, JAVIER ALVA, RICHARD BALMY, MAZEN BARBARI, BARRY BLOOM, CHRISTOPHER BONDANZA, MALACHI L. BURRIS, KENNICE BURT-SMITH, DENNIS CARTER, JR., ISMAEL R. CAUSAPIN, EUGENE J. CERBONE, JUN CHUA, ROBERT M. DALY, DENEILLE DAY, BROCK A. DAVIS, ROBERT DISALVATURE, RICHARD DROCCO, FITZGERALD FIELDS, WILLIAM E. FLETCHER, LARRY FOWLER, JOHNNY FUNG, SERGIO GARCIA, JUAN GARRIDO, SALVADOR F. GOROSTIZA, JR., JAMES HALL, KENNETH HARRISON, SHANE M. HERRON, MARK HUNTOON, ROBERT W. ICHINOSE, SARAH JAMES, JOHN R. JARDIN, DARYL JONS, GREGORY JONES, MICHAEL A. JONES, HARRY JUBAR, LEONARD KEEN, PATRICK LAVAL,  MANOLITO LAZATIN, KENNY E. LEWIS, CHARLES D. LINTZ, VICTOR MAJANO, ANDREW MARTINEZ, KEVIN McCONNELL, SHEDRICK McDANIELS, MATTIE SPIRES-MORGAN, KATHLEEN MURRAY, LELA B. MUSTAIN, KEVIN NAKAGAWA, JOSE PADILLA, J. PALENCIA, ANTHONY PEPPERS, VINCENT QUOCK, DANILE RAMIREZ, RAMIL RAMOS, PAUL DEL ROSARIO, EDWARD H. RUPPENSTEIN, ESMERALDA SCANLON, FREDERICK SASS, JAMES SHARPE, PATRICK SIU, OSCAR J. TAYLOR, FELISHA M. | Case No.: C 05-01667 THE<br><br>**STIPULATION AND [PROPOSED] ORDER RE  SENDING NOTICE OF ACTION TO SIMILARLY SITUATED INDIVIDUALS AND SETTING CUT-OFF DATE FOR ADDITION OF OPT-IN PLAINTIFFS** |

STIPULATION AND [PROPOSED] ORDER             *Alba* v. *City and County of San Francisco*
                                              Northern District Court Case No.: C 05-01667 TEH

|   |   |
|---|---|
| THOMAS, MATT TURNER, BENTON WAN, RONNIE WAN, JAMES B. WILSON, DAVID K. WONG, STAN WONG, WAYNE WOOLFOLK, SUPREMIE WYSINGER, STEPHEN XAVIER, WHITNEY P. YEE, ALVIN YOUNG, MICHAEL ZEHNER, acting for themselves and others similarly situated,<br><br>                Plaintiffs,<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    1.    IT IS HEREBY STIPULATED by and between the parties to the above-entitled action, by their respective counsel, that the Defendant will provide Plaintiffs the names and addresses of all sworn members of the Sheriff's Department at or below the rank of Lieutenant, employed by Defendant at any time from November 1, 2002 until the present. The parties agree that for purposes of this Notice only, the individuals identified above are "similarly situated" to the named plaintiffs. 29 U.S.C. § 216(b).

    2.    The parties further agree that this stipulation is for notice purposes only, and does not and will not constitute an admission by Defendant with regard to any issue in this case, whether legal or factual, including but not limited to whether any person receiving the proposed "Notice" is "similarly situated", is exempt from the overtime requirements of the Fair Labor Standards Act, is entitled to damages, or any other issue related to the claims, defenses, or damages in this action.

    3.    The parties agree that Defendant will retain the right to litigate whether Lieutenants or any other rank of sworn officers are exempt from the overtime requirements of the Fair Labor Standards Act.

    4.    The parties agree to the form and content of the proposed "Notice" from the Court, attached hereto as Exhibit "A".

    5.    The parties agree that Plaintiffs' counsel shall serve the attached Notice to all persons "similarly situated" by first class mail. Thereafter, persons "similarly situated" shall have sixty (60) days from the date Plaintiffs' counsel serves the persons "similarly situated" with the "Notice" to opt-in to the action. Service shall be deemed effective as of the date Plaintiffs' counsel first deposits the Notice in the U.S. Mail. Plaintiffs'

counsel agrees that to the extent possible all Notices to "similarly situated" persons shall be mailed on the same date. The parties also agree that Defendant's counsel will promptly produce the information described in paragraph 1 above and Plaintiffs' counsel will promptly serve the persons "similarly situated" upon receipt from Defendant of that information. Plaintiffs' counsel shall provide Defendants with verification of the date and place of the mailing of the Notices and a list of all persons served.

6. Absent permission from the Court, allegedly "similarly situated" persons will be barred from opting-in to this proceeding after the expiration of the sixty (60) day period described above.    7.    The parties agree that Plaintiffs' counsel shall fill-in the blank lines in paragraphs four (4), five (5), and six (6) of the "Notice" to reflect the calendar dates corresponding with the sixty (60) day period.

8. Upon filing this Stipulation, all parties agree a copy of a faxed signature is as valid as an original signature.

RESPECTFULLY SUBMITTED.

**MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSON & UHRHAMMER**

Dated: October 27, 2005              By /s/ DAVID E. MASTAGNI
                                     Attorney for Plaintiffs


Dated: October 27, 2005              By /s/ KATHARINE PORTER
                                     Attorney for Defendant


**[PROPOSED] ORDER**

The stipulation and [proposed] Order re Sending Notice of Action to "Similarly Situated" Individuals and Setting Cut-off Date for Addition of Opt-in Plaintiffs is hereby adopted by the Court as the Order of this Court and the parties are ordered to comply with this Order.

---

STIPULATION AND [PROPOSED] ORDER              *Alba* v. *City and County of San Francisco*
                                              Northern District Court Case No.: C 05-01667 TEH

1
2  Dated: __01/03/06_____    _____
3                                   THELTON E. HENDERSON
                                    DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Thelton E. Henderson*

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER          *Alba* v. *City and County of San Francisco*
                                   4
                                   Northern District Court Case No.: C 05-01667 TEH