| | |
|---|---|
| 1 | DAVID P. MASTAGNI, ESQ. (SBN 57721) |
| 2 | DAVID E. MASTAGNI, ESQ. (SBN 204244)<br>WILL M. YAMADA, ESQ. (SBN 226669) |
| 3 | **MASTAGNI, HOLSTEDT, AMICK,**<br>**MILLER, JOHNSEN & UHRHAMMER** |
| 4 | *A Professional Corporation*<br>1912 "I" Street |
| 5 | Sacramento, California 95814<br>Telephone: (916) 446-4692 |
|   | Facsimile: (916) 447-4614 |
| 6 | |
| 7 | Attorneys for Plaintiffs |
| 8 | |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE ALBA, JAVIER ALVA, RICHARD BALMY, MAZEN BARBARI, BARRY BLOOM, CHRISTOPHER BONDANZA, MALACHI L. BURRIS, KENNICE BURT-SMITH, DENNIS CARTER, JR., ISMAEL R. CAUSAPIN, EUGENE J. CERBONE, JUN CHUA, ROBERT M. DALY, DENEILLE DAY, BROCK A. DAVIS, ROBERT DISALVATURE, RICHARD DROCCO, FITZGERALD FIELDS, WILLIAM E. FLETCHER, LARRY FOWLER, JOHNNY FUNG, SERGIO GARCIA, JUAN GARRIDO, SALVADOR F. GOROSTIZA, JR., JAMES HALL, KENNETH HARRISON, SHANE M. HERRON, MARK HUNTOON, ROBERT W. ICHINOSE, SARAH JAMES, JOHN R. JARDIN, DARYL JONS, GREGORY JONES, MICHAEL A. JONES, HARRY JUBAR, LEONARD KEEN, PATRICK LAVAL, MANOLITO LAZATIN, KENNY E. LEWIS, CHARLES D. LINTZ, VICTOR MAJANO, ANDREW MARTINEZ, KEVIN McCONNELL, SHEDRICK McDANIELS, MATTIE SPIRES-MORGAN, KATHLEEN MURRAY, LELA B. MUSTAIN, KEVIN NAKAGAWA, JOSE PADILLA, J. PALENCIA, ANTHONY PEPPERS, VINCENT QUOCK, DANILE RAMIREZ, RAMIL RAMOS, PAUL DEL ROSARIO, EDWARD H. RUPPENSTEIN, ESMERALDA SCANLON, FREDERICK SASS, JAMES SHARPE, PATRICK SIU, OSCAR J. TAYLOR, FELISHA M. | Case No.: C 05-01667 TEH<br><br>**REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE AND ~~PROPOSED~~ ORDER**<br><br>Date:      January 9, 2006<br>Time:     1:30 p.m.<br>Dept:     12<br>Location: 19th Floor<br><br>Before: Honorable Thelton E. Henderson |

---

REQUEST TO APPEAR TELEPHONICALLY                    *Alba* v. *City and County of San Francisco*
AND PROPOSED ORDER                                  Northern District Court Case No.: C 05-01667 TEH

| | |
|---|---|
| THOMAS, MATT TURNER, BENTON WAN, RONNIE WAN, JAMES B. WILSON, DAVID K. WONG, STAN WONG, WAYNE WOOLFOLK, SUPREMIE WYSINGER, STEPHEN XAVIER, WHITNEY P. YEE, ALVIN YOUNG, MICHAEL ZEHNER, acting for themselves and others similarly situated,<br><br>         Plaintiffs,<br><br>   .<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br>         Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Plaintiffs' counsel to the above-entitled action respectfully submits this Request to Appear Telephonically at the Case Management Conference scheduled for Monday, January 9, 2006, at 1:30 p.m. Plaintiff also requests the Court adopt it in this proposed order granting said request.

Dated: December 28, 2005             **MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSON & UHRHAMMER**




                                    By /s/ Will M. Yamada
                                    WILL M. YAMADA
                                    Attorney for Plaintiffs

1 **[PROPOSED] ORDER**

2  Plaintiffs' counsel Request to Appear Telephonically at the Case Management Conference
3 scheduled for Monday, January 9, 2006, at 1:30 p.m. is hereby adopted by the Court for the above
4 entitled case.

6 Dated: 01/03/06

HONORABLE THELTON E. HENDERSON

IT IS SO ORDERED
Judge Thelton E. Henderson

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | CASE NAME:        *Alba*, et al. v. *City and County of San Francisco* |
| 3 | CASE NO.            C 05-01667 TEH |

4   I am a citizen of the United States and a resident of the County of Sacramento. I am over the age of eighteen years and not a party to the above-entitled action; my business address is 1912 I Street, Sacramento, California 95814.

6   On the date below, I served the following document(s):

7   **REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER**

9   addressed as follows:

> Katharine Hobin Porter, Deputy City Attorney
> Jonathan Rolnick, Deputy City Attorney
> City of San Francisco
> 1390 Market Street, Floor #5
> San Francisco, California 94102-5408

**  X  **   **BY REGULAR MAIL.**  I caused such envelope to be delivered by the U.S. Postal Service by regular mail.

_____   **BY PERSONAL SERVICE.**  I caused such envelope to be delivered by hand to the offices of the person(s) listed above.

_____   **BY FACSIMILE TRANSMISSION.**  I transmitted such document(s) by facsimile machine to the telephone number listed above.

   I declare under penalty of perjury that the foregoing is true and correct. Executed on December 28, 2005, at Sacramento, California.

                                                       /s/    Ria Z. Sarreal
                                                       RIA Z. SARREAL

---

REQUEST TO APPEAR TELEPHONICALLY                              *Alba* v. *City and County of San Francisco*
AND PROPOSED ORDER                              -4-           Northern District Court Case No.: C 05-01667 TEH