DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
JONATHAN C. ROLNICK, State Bar #151814
Deputy City Attorney
Fox Plaza
1390 Market Street, Floor #5
San Francisco, California 94102-5408
Telephone:   (415) 554-4247
Facsimile:   (415) 554-4248

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE ALBA, et al., acting for themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | Case No. C05-01667 TEH (EMC)<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER CONTINUING SETTLEMENT CONFERENCE**<br><br>Date Action Filed:   April 22, 2005<br>Trial Date:   None set |

1  IT IS HEREBY STIPULATED by and between the parties, through their counsel, that the
2  Settlement Conference currently set for Thursday, March 30, 2006, be continued to Tuesday, April
3  25, 2006 at 9:30 a.m.

Respectfully submitted,

Dated: March 15, 2006

DENNIS J. HERRERA
City Attorney

By: _____
JONATHAN C. ROLNICK
Deputy City Attorney

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: March 15, 2006

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER

By: _____
DAVID E. MASTAGNI

Attorneys for Plaintiffs
DAVE ALBA, ET AL.

## ORDER

IT IS HEREBY ORDERED that the Settlement Conference currently set for Thursday, March 30, 2006, shall be continued to Tuesday, April 25, 2006 at 9:30 a.m. Settlement Conference statements shall be lodged with Judge Chen's chambers by April 11, 2006.

Dated: March 16, 2006



UNITED STATES DISTRICT COURT
MAGISTRATE
IT IS SO ORDERED
Judge Edward M. Chen

---

STIP. AND PROPOSED ORDER RE SETTLEMENT CONF.
NO. C05-01667 TEH

3