1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6

7  Attorneys for Plaintiffs

8

9               IN THE UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11  DAVE ALBA, JAVIER ALVA, RICHARD          )    Case No.: C 05-01667 TEH
    BALMY, MAZEN BARBARI, BARRY              )
12  BLOOM, CHRISTOPHER BONDANZA,             )
    MALACHI L. BURRIS, KENNICE BURT-         )    **REQUEST TO APPEAR**
13  SMITH, DENNIS CARTER, JR., ISMAEL        )    **TELEPHONICALLY AT CASE**
    R. CAUSAPIN, EUGENE J. CERBONE,          )    **MANAGEMENT CONFERENCE AND**
14  JUN CHUA, ROBERT M. DALY,                )    ~~**PROPOSED**~~ **ORDER**
    DENEILLE DAY, BROCK A. DAVIS,            )
15  ROBERT DISALVATURE, RICHARD              )    Date:       April 10, 2006
    DROCCO, FITZGERALD FIELDS,               )    Time:       1:30 p.m.
16  WILLIAM E. FLETCHER, LARRY               )    Dept:       12
    FOWLER, JOHNNY FUNG, SERGIO              )    Location:   19th Floor
17  GARCIA, JUAN GARRIDO, SALVADOR           )
    F. GOROSTIZA, JR., JAMES HALL,           )    Before: Honorable Thelton E. Henderson
18  KENNETH HARRISON, SHANE M.               )
    HERRON, MARK HUNTOON, ROBERT             )
19  W. ICHINOSE, SARAH JAMES, JOHN R.        )
    JARDIN, DARYL JONS, GREGORY              )
20  JONES, MICHAEL A. JONES, HARRY           )
    JUBAR, LEONARD KEEN, PATRICK             )
21  LAVAL,  MANOLITO LAZATIN, KENNY          )
    E. LEWIS, CHARLES D. LINTZ, VICTOR       )
22  MAJANO, ANDREW MARTINEZ, KEVIN           )
    McCONNELL, SHEDRICK McDANIELS,           )
23  MATTIE SPIRES-MORGAN, KATHLEEN           )
    MURRAY, LELA B. MUSTAIN, KEVIN           )
24  NAKAGAWA, JOSE PADILLA, J.               )
    PALENCIA, ANTHONY PEPPERS,               )
25  VINCENT QUOCK, DANILE RAMIREZ,           )
    RAMIL RAMOS, PAUL DEL ROSARIO,           )
26  EDWARD H. RUPPENSTEIN,                   )
    ESMERALDA SCANLON, FREDERICK             )
27  SASS, JAMES SHARPE, PATRICK SIU,         )
    OSCAR J. TAYLOR, FELISHA M.              )
28

REQUEST TO APPEAR TELEPHONICALLY                *Alba* v. *City and County of San Francisco*
AND PROPOSED ORDER                              Northern District Court Case No.: C 05-01667 TEH

1   THOMAS, MATT TURNER,  BENTON          )
    WAN, RONNIE WAN, JAMES B.             )
2   WILSON, DAVID K. WONG, STAN           )
    WONG, WAYNE WOOLFOLK,                 )
3   SUPREMIE WYSINGER,  STEPHEN           )
    XAVIER, WHITNEY P. YEE, ALVIN         )
4   YOUNG, MICHAEL ZEHNER, acting for     )
    themselves and others similarly situated,  )
5                                         )
                    Plaintiffs,           )
6                                         )
                                          )
7       .                                 )
                                          )
8   CITY AND COUNTY OF SAN                )
    FRANCISCO,                            )
                    Defendant.            )
9   _____     )
                                          )
10

11          Plaintiffs' counsel to the above-entitled action respectfully submits this Request to Appear

12  Telephonically at the Case Management Conference scheduled for Monday, April 10, 2006, at 1:30 p.m.

13  Plaintiff also requests the Court adopt it in this proposed order granting said request.

14

15

16  Dated:  April 3, 2006                         **MASTAGNI, HOLSTEDT, AMICK,**
                                                   **MILLER, JOHNSON & UHRHAMMER**
17

18
                                                   By /s/ David E. Mastagni
19                                                      DAVID E. MASTAGNI
                                                        Attorney for Plaintiffs
20

21

22

23

24

25

26

27

28

1      **[PROPOSED] ORDER**

2          Plaintiffs' counsel Request to Appear Telephonically at the Case Management Conference

3      scheduled for Monday, April 10, 2006, at 1:50 p.m. is hereby adopted by the Court for the above entitled

4      case.

5

6      Dated: __04/04/06__     _____

7                              HONORABLE THELTON E. HENDERSON

IT IS SO ORDERED

Judge Thelton E. Henderson

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST TO APPEAR TELEPHONICALLY          *Alba* v. *City and County of San Francisco*
AND PROPOSED ORDER               -3-      Northern District Court Case No.: C 05-01667 TEH

1

**PROOF OF SERVICE**

2    CASE NAME:        *Alba*, et al. v. *City and County of San Francisco*

3    CASE NO.        C 05-01667 TEH

4       I am a citizen of the United States and a resident of the County of Sacramento.  I am over the age of eighteen years and not a party to the above-entitled action; my business address is 1912 I Street, Sacramento,

5    California 95814.

6    On the date below, I served the following document(s):

7    **REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER**

8

9    addressed as follows:

10

> Katharine Hobin Porter, Deputy City Attorney
> Jonathan Rolnick, Deputy City Attorney
> City of San Francisco
> 1390 Market Street, Floor #5
> San Francisco, California 94102-5408

11

12

13

14    **X**       **BY REGULAR MAIL.**  I caused such envelope to be delivered by the U.S. Postal Service by regular mail.

15

16        **BY PERSONAL SERVICE.**  I caused such envelope to be delivered by hand to the offices of the person(s) listed above.

17        **BY FACSIMILE TRANSMISSION.**  I transmitted such document(s) by facsimile machine to the telephone number listed above.

18

19       I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 3, 2006, at Sacramento, California.

20

             /s/    Ria Z. Sarreal

21                RIA Z. SARREAL

22

23

24

25

26

27

28

---