**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DAVE ALBA, et al., | No. C 05-01667 TEH |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. |  |
| CITY AND COUNTY OF SAN FRANCISCO, |  |
| Defendant. |  |

The Parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that this cause be dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, with proof of service of a copy to opposing counsel, within ninety (90) days from the date of this order, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

Dated:  04/02/07

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE