DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
WILL M. YAMADA, ESQ. (SBN 226669)
**MASTAGNI, HOLSTEDT, AMICK,**
**MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95814
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE ALBA, et al., | Case No.: C 05-01667 TEH (EMC) |
| Plaintiffs, | **STIPULATION RE APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE AND PROPOSED ORDER THEREON** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |
| | Before: Honorable Thelton E. Henderson |

## STIPULATION

The Plaintiffs and Defendant in the above-captioned action hereby stipulate as follows:

1.  Plaintiffs Dave Alba, et al. (collectively "Plaintiffs") are presently or were previously employed by the City and County of San Francisco ("Defendant"). In addition to Alba, 352 individuals haven been named or opted in as Plaintiffs. Plaintiffs and the Defendant shall be collectively referred to as "Parties" herein.

2.  Plaintiffs filed the above captioned action ("Action") arising out of certain events that allegedly occurred during their employment by the City and County of San Francisco.

3.  Plaintiffs' Complaint ("Complaint"), alleges violations of the Fair Labor Standards Act (29 U.S.C. § 201 et seq.) ("FLSA"). The Complaint seeks recovery of allegedly unpaid

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
A PROFESSIONAL CORPORATION
1912 I STREET
SACRAMENTO, CALIFORNIA 95814

STIPULATION RE APPROVAL OF SETTLEMENT
AGREEMENT AND DISMISSAL WITH PREJUDICE

*Alba, et al. v. City and County of San Francisco*
Case Number: 2:05-cv-01667-THE-EMC

1  overtime, liquidated damages, attorneys' fees and costs. The Court has jurisdiction over

2  the subject matter of this action and over the parties.

3  4.  The Defendant filed an Answer to the Complaint denying its material allegations and

4  asserting affirmative defenses thereto.

5  5.  Notice was sent to any potential class members providing them with the opportunity to

6  "opt-in" to the Action. The parties stipulated to notice of other potentially represented

7  parties following a meet and confer. The court approved the notice including its

8  contents.

9  6.  Plaintiffs allege the City withheld certain sums that should have been included in

10  calculating the regular rate for purposes of determining overtime pay, the City paid

11  overtime at the incorrect rate of pay. Plaintiffs sought liquidated damages and a three

12  year statute of limitations for willful violations. The City and County of San Francisco

13  has contested all of these claims.

14  6.  The Plaintiffs' claims are in all respects controverted, and the Parties dispute whether

15  FLSA cases are subject to collective actions, the applicability of the FLSA to the facts

16  as alleged in the Complaint, as well as the applicable level of compensation, and all

17  other claims, allegations and requests for damages.

18  7.  The Parties have engaged in extensive negotiations in an attempt to resolve their

19  differences, and throughout these negotiations all Parties were, and continue to be,

20  represented by counsel experienced in wage and employment matters. This includes

21  two sessions with Magistrate Judge Chen. The City retained experts at RGL Forensic

22  Accountants - Mary Furst and Carolina Patino. Ms. Furst and Patino used raw payroll

23  data to recalculate the overtime owed and ran calculations based on a variety of different

24  scenarios. The City presented that data to Plaintiffs, their counsel and Magistrate Judge

25  Chen at initial settlement conference. The City recalculated sums based on assumptions

26  stated by plaintiffs. Plaintiffs retained qualified experts to review calculations of RGL.

27  Forensic Accountants. The parties experts met and conferred regarding the calculations

28  and Plaintiffs' experts have approved the calculations by RGL Forensic Accountants.

MASTAGNE HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
A PROFESSIONAL CORPORATION
1912 I STREET
SACRAMENTO, CALIFORNIA 95814

...TION RE APPROVAL OF SETTLEMENT          *Alba, et al. v. City and County of San Francisco*
AGREEMENT AND DISMISSAL WITH PREJUDICE      Case Number: 2:05-cv-01667-THE-EMC
-2-

8. The Parties wish to avoid the potential uncertainty, expense and delay of litigation and have therefore, based upon their extensive negotiations, agreed to a settlement of the Parties' dispute. The terms of the Parties' agreement are embodied in the Settlement Agreement and General Release of All Claims ("Settlement Agreement") which all Parties have executed. A copy of the Settlement Agreement is attached hereto and incorporated herein;

9. Plaintiffs' potential recovery at trial, if any, remains unknown, but the Parties believe that the terms of the Settlement Agreement are consistent with and within the range of reasonable result that Plaintiffs might expect to obtain after a trial;

10. Courts have determined that the provisions of the FLSA are mandatory and cannot generally be abridged by contract or otherwise waived. *Lynns Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352 (11th Cir. 1982). However, when employees bring a private action for compensation under the FLSA, and present the district court a proposed settlement, the district court may enter a judgment after scrutinizing the settlement for fairness. *Id.* at 1353;

11. The Parties present the Court with this Stipulation re Approval of Settlement Agreement and Dismissal with Prejudice and [Proposed] Order Thereon ("Stipulation and Order") through which they intend to finally resolve all claims asserted in this Action based upon the Settlement Agreement;

12. By entering into this Stipulation and requesting Court approval, the Parties do not intend that the Court should make any findings or determination regarding the Defendant's alleged violation of the FLSA, or any other federal or state law, regulation, order, or rule. This Stipulation and Order, and any exhibits and any other documents or written materials prepared in conjunction with this Stipulation and Order, should not constitute evidence of, or any admission of, any violation of the FLSA, or any other federal or state law, regulation, order, or rule by any Party.

14. Each plaintiff has reviewed the settlement agreement and signed it. The agreement has been presented to and approved by CCSF Board of Supervisors.

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
A PROFESSIONAL CORPORATION
1912 "I" STREET
SACRAMENTO, CALIFORNIA 95814

STIPULATION RE APPROVAL OF SETTLEMENT
AGREEMENT AND DISMISSAL WITH PREJUDICE

*Alba, et al. v. City and County of San Francisco*
Case Number: 2:05-cv-01667-THE-EMC

-3-

13.  The Parties jointly request the Court approve of and enter the Stipulation and Order. IT IS THEREFORE STIPULATED, by and between the Parties, through their respective counsel, that:

1.  The Settlement Agreement which is incorporated herein by reference, is fair, reasonable and just in all respects as to the Plaintiffs, and the Court should therefore approve the Settlement Agreement and enter this Stipulation and Order;

2.  The Court should expressly reserve jurisdiction with respect to this Action for the purposes of enforcing the Settlement Agreement;

3.  The award of and allocation of costs and attorneys fees should be as provided for in the Settlement Agreement;

4.  Upon the Court's approval of the Settlement Agreement, this Action should be dismissed with prejudice.

Dated: September _4_, 2007

**MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER**

By: _____
DAVID E. MASTAGNI
Attorneys for Plaintiffs

Dated: September _4_, 2007

**DENNIS J. HERRERA**
**City Attorney**
**ELIZABETH SALVESON**
**Chief Labor Attorney**
**JONATHAN C. ROLNICK**
**Deputy City Attorney**

By: _____
JONATHAN C. ROLNICK
Deputy City Attorney

Attorneys for Defendants

CITY AND COUNTY OF SAN FRANCISCO

MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER
A PROFESSIONAL CORPORATION
1912 I STREET
SACRAMENTO, CALIFORNIA 95814

STIPULATION RE APPROVAL OF SETTLEMENT
AGREEMENT AND DISMISSAL WITH PREJUDICE

*Alba, et al. v. City and County of San Francisco*
Case Number: 2:05-cv-01667-THE-EMC

-4-

1    **[PROPOSED] ORDER**

2        The Court has carefully reviewed the Settlement Agreement, and the proposed

3    Stipulation and Order. Based upon a review of the record, and good cause appearing, IT IS

4    HEREBY ORDERED, ADJUDGED AND DECREED as follows:

5        1.    The Settlement Agreement, which is incorporated herein by reference, is approved as

6              fair, reasonable and just in all respects as to the Plaintiffs, and the Parties shall perform

7              the Settlement Agreement in accordance with its terms;

8        2.    The Court expressly reserves jurisdiction with respect to this Action for the purposes

9              of enforcing the Settlement Agreement;

10       3.    The award of and allocation of costs and attorneys fees shall be as provided for in the

11             Settlement Agreement;

12       4.    The Court has made no findings or determination regarding the Defendant's alleged

13             violation of the FLSA, or any other federal or state law, regulation, order, or rule, and this

14             Stipulation and Order and any exhibits and any of the other documents or written

15             materials prepared in conjunction with this Stipulation and Order shall not constitute

16             evidence of, or any admission of, any violation of the FLSA, or any other federal or state

17             law, regulation, order, or rule;

18       5.    This Action is hereby dismissed with prejudice.

19

20       Dated: _9/6/07_                      _____

21                                            HONORABLE THELTON E. HENDERSON

22

23

24

25

26

27

28

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
A PROFESSIONAL CORPORATION
1912 I STREET
SACRAMENTO, CALIFORNIA 95814

[PROPOSED] ORDER RE APPROVAL OF SETTLEMENT
AGREEMENT AND DISMISSAL WITH PREJUDICE

*Alba, et al. v. City and County of San Francisco*
Case Number: 2:05-cv-01667-THE-EMC

-5-

## SETTLEMENT AGREEMENT, GENERAL RELEASE AND
## COVENANT NOT TO SUE

THIS SETTLEMENT AGREEMENT, GENERAL RELEASE AND COVENANT NOT
TO SUE (hereafter "Agreement")  relating to claims against THE CITY AND COUNTY OF
SAN FRANCISCO, its departments (including the Sheriff's Department), commissions,
agencies, boards, predecessors, successors, subsidiaries, related entities, and current and former
officers, directors, trustees, agents, employees and assigns (hereafter "the City"), is made
between Dave Alba and the 352 plaintiffs identified in Exhibit A of the Agreement (hereafter
"Plaintiffs") and the City.

WHEREAS, Plaintiffs have been or are employed by the City as a Deputy Sheriff I,
Deputy Sheriff, Senior Deputy Sheriff, and/or Sheriff's Sergeant with the Sheriff's Department;
and

WHEREAS, Plaintiffs claim that during and as a result of their employment with the
City, Plaintiffs suffered damages on account of wrongful conduct by the City including, without
limitation, violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201, *et seq.*, and
seek recovery of allegedly unpaid overtime hours, liquidated damages, attorney's fees and costs;
and

WHEREAS, Plaintiffs filed on May 17, 2005 the following complaint in United States
District Court for the Northern District of California:  *Dave Alba, et al. v. City and County of San
Francisco*, Case No. C 05-01667 THE (the "Action"); and

WHEREAS, Plaintiffs brought the Action in a representative capacity under 29 U.S.C. §
216 on behalf of themselves and others similarly situated; and

WHEREAS, 353 individuals (as identified in Exhibit A) affirmatively opted to participate
in the Action as individual plaintiffs; and

Settlement Agreement - *Alba, et al. v. CCSF*

WHEREAS, the parties now desire to avoid the uncertainty, expense, burden and delay of litigation, and without admitting or acknowledging any liability, to resolve all of Plaintiffs' claims, as well as the Action, and any and all lawsuits and claims brought by Plaintiffs against the City, fully and forever in consideration of the promises contained herein,

NOW, THEREFORE, THE PARTIES AGREE AS FOLLOWS:

1.      In exchange for the promises by Plaintiffs in this Agreement and complete settlement of the Action, the City will pay the total amount of $625,000.00 [six hundred and twenty-five thousand dollars] (the "Settlement Amount") to be allocated as follows:

(a) $396,966.03 of the Settlement Amount will be considered and treated as Plaintiffs' back wages. This amount shall be paid by means of separate checks made payable to each Plaintiff in the amounts specified in Exhibit A, less applicable taxes and withholdings. These payments shall be considered back wages for the period May 17, 2002 to July 1, 2005

(b) $228,033.97 of the Settlement Amount shall be considered and treated as attorney's fees and costs. This amount will be paid by means of a check made payable to the law firm of "Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer, Tax Identification Number 94-2678460, (hereafter the "Law Firm").

2.      The City agrees to and has recalculated the overtime compensation owed to each Plaintiff for the time period July 2005 to June 2006. The City further agrees to and has issued to each Plaintiff a payroll check, in or about September of 2006, correcting the deficiencies, if any, in the amount of overtime compensation owed to each Plaintiff for the time period July 2005 to June 2006. The City agrees to provide the Law Firm verification of the FLSA overtime corrections for July 2005 to June 2006.

3.  Each Plaintiff acknowledges and agrees that the allocation of the Settlement Amounts as provided in Paragraphs 1(a) and 1(b) is a fair and reasonable resolution of the *bona fide* dispute between Plaintiffs and the City regarding the payment of overtime under the FLSA.

Settlement Agreement - *Alba, et al. v. CCSF*

4.    (a)  In consideration of the foregoing promises and for other good and sufficient consideration each Plaintiff, for Plaintiff, Plaintiff's heirs, executors, administrators, assigns and successors, fully and forever releases and discharges the City from any and all liabilities, claims, demands, contracts, debts, damages, acts or omissions, obligations and causes of action of every nature, kind and description, in law, equity, or otherwise, whether or not now known or unknown, which heretofore do or may exist, in any way arising out of, connected with, related to, or asserted in the Action, or which could have been asserted in the Action, or arising out of or relating in any way to claims for wages during the period May 17, 2002 to the date this settlement is signed by each respective Plaintiff. The release in this paragraph includes any matter, cause or thing arising out of, relating to, or connected with the Action referred to above, and any and all lawsuits and claims, charges and grievances brought by Plaintiffs, or any of them, against any Releasee relating to the Action, and all past, pending or contemplated administrative charges relating to the action.

(b)  The release contained in this Paragraph 4 is a complete and general release that will forever bar each Plaintiff from pursuing any released claim or right against any Releasee. Each Plaintiff covenants not to sue or otherwise institute or in any way actively participate in or voluntarily assist in the prosecution of any legal or administrative proceedings against any Releasee. Each Plaintiff understands and agrees that Plaintiff is waiving any rights Plaintiff may have had, now has, or in the future may have to pursue any and all remedies available to Plaintiff under any cause of action arising out of, connected with or in any way related to or asserted in the Action, or which could have been asserted in the Action, or arising out of or relating in any way to claims for wages during the period May 17, 2002 to the date this settlement is signed by each respective Plaintiff. Such causes of action shall include without limitation claims of violation of the FLSA, violation of the provisions of the California Labor Code, the City's Charter, Administrative Code, ordinances, Civil Service Commission Rules and other City enactments, violation of any memoranda of understanding covering Plaintiff, and any other laws

Settlement Agreement - *Alba, et al. v. CCSF*

and regulations relating to this action.

(c) Each Plaintiff understands and expressly agrees that the release contained in this Paragraph 4 extends to all claims of every nature and kind, known or unknown, suspected or unsuspected, past, present or future, arising out of, connected with, related to, or asserted in the Action, or which could have been asserted in the Action, or arising out of or relating in any way to claims for wages during the period May 17, 2002 to the date this settlement is signed by each respective Plaintiff and that any and all rights under Section 1542 of the California Civil Code or any analogous state law or federal law or regulation are hereby expressly waived. Said Section 1542 of the Civil Code of the State of California, reads as follows:

> **A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor.**

5.    In further consideration of the foregoing, each Plaintiff hereby agrees, acknowledges and recognizes that this Agreement is a "no fault" settlement in light of disputed claims, and that nothing contained in this Release shall constitute or be treated as an admission of liability or wrongdoing by the Plaintiff, or the City, which liability or wrongdoing is expressly denied by all parties.

6.    Each Plaintiff represents that either (a) there are no existing liens or partial liens, including without limitation any attorney's fees, medical reimbursement, unemployment or disability compensation liens, in existence which attach to the Action, the amounts specified in this Agreement, or to any recovery paid to Plaintiff in connection with the settlement of the Action, nor is any person or entity entitled to establish a lien for any payment or payments they have made or will make to Plaintiff on behalf of Plaintiff as a consequence of any of the matters arising out of or connected with Plaintiff's employment with the City or the Action, or (b) to the extent there are any such liens, Plaintiff will pay and retire all such liens out of the Settlement Amount.

Settlement Agreement - *Alba, et al. v. CCSF*

In the event the City receives notice(s) prior to the payment of the Settlement Amount set forth in paragraph 1(a) of any lien, interest, or other claim involving Plaintiff and arising from or connected to Plaintiff's employment with the City or the Action, the City shall withhold the settlement check of any Plaintiff against whom a lien, interest, or other claim has been asserted. Thereafter, the City will promptly release the settlement check(s) upon receipt of a waiver from the person(s) asserting the lien, interest, or other claim.

7.      Each Plaintiff represents and warrants that Plaintiff has full power to make the releases and agreements contained herein. Each Plaintiff expressly represents and warrants that Plaintiff has not assigned, encumbered or in any manner transferred all or any portion of the claims covered by the releases and agreements contained herein. Each Plaintiff acknowledges and agrees that this warranty and representation is an essential and material term of this Agreement.

8.      Plaintiffs agree within three (3) court days of receiving a fully executed copy of this Agreement, and being notified that this Agreement has been approved by the San Francisco Board of Supervisors, Plaintiffs will file with the District Court, through their counsel the Law Firm, a Stipulation and Order for Approval of Settlement Agreement and Dismissal with Prejudice (hereafter the "Stipulation and Order") of the Action in its entirety and with prejudice. The parties shall approve the Stipulation and Order substantially in the form of Stipulation and Order attached as Exhibit B. In addition, Plaintiff represents that there are no outstanding administrative charges or complaints which are or may be pending relating or asserted in the Action, or which could have been asserted in the Action, or arising out of or relating in any way to claims for wages during the period May 17, 2002 to the date this settlement is signed by each respective Plaintiff. To the extent any such charges or complaints have been or are filed on Plaintiff's behalf, each Plaintiff agrees to dismiss or withdraw any such charges, with prejudice. Each Plaintiff expressly acknowledges that the list of outstanding litigation may not be exhaustive, but Plaintiff nevertheless agrees to dismiss with prejudice all litigation, claims,

Settlement Agreement - *Alba, et al. v. CCSF*

grievances, and administrative charges of any nature, kind and description against any Releasee which arise out of any right or claim released in this Agreement.

9. All parties shall bear their own attorneys' fees, legal expenses and costs except as otherwise specifically provided herein.

10. This Agreement is contingent upon the occurrence of all of the following events in the following order: (a) Approval and execution of this Agreement by each and every Plaintiff identified in Exhibit A; (b) Approval by the San Francisco Board of Supervisors; (c) Approval of the settlement commemorated in the Agreement by the District Court; and (d) entry by the District Court of an order dismissing the Action with prejudice. This Agreement will not become effective absent all of the conditions noted herein.

11. Payment of the Settlement Amount identified in Paragraphs 1(a) and 1(b) above shall occur within forty-five (45) days after the entry by the District Court of an order dismissing the Action with prejudice. The City shall distribute the checks to each Plaintiff identified in Paragraph 1(a) by first class mail to the current home address of each Plaintiff. As to any Plaintiff who is no longer employed by the City, the Law Firm shall provide the City with a current address for each such Plaintiff. In the event any checks are returned to the City, the City will notify the Law Firm. Thereafter, the Law Firm will then have an opportunity to provide the City with an alternative address for the Plaintiff and the City will attempt delivery to the Plaintiff by first class mail at the alternative address. Each Plaintiff acknowledges and agrees that Plaintiff's endorsement of the check shall constitute acknowledgment of receipt of all back wages due and satisfaction of the City's obligations under the Agreement. The City shall deliver to the Law Firm the check for attorney's fees and costs identified in Paragraph 1(b).

12. The parties acknowledge that this Agreement constitutes the sole agreement in this matter, that it supercedes any prior oral or written agreements, and that it may be modified only by a writing signed by all parties to this Agreement, and approved by the San Francisco Board of Supervisors.

Settlement Agreement - <em>Alba, et al. v. CCSF</em>

13.     If any provision of this Agreement is found to be unenforceable, then the remaining provisions shall remain valid and enforceable.

14.     The parties agree that the United States District Court for the Northern District of California will have jurisdiction to enforce this Agreement. All disputes arising out of this Agreement shall be resolved by the United States District Court for the Northern District of California.

15.     Each Plaintiff acknowledges that Plaintiff has the right to consult with an attorney concerning this Agreement, including the releases contained herein.

16.     Each Plaintiff acknowledges that Plaintiff has read and understands this Agreement and that Plaintiff agrees to its terms and signs this Agreement voluntarily and without coercion. Each Plaintiff further acknowledges that the release and waivers Plaintiff has made herein are knowing, conscious and with full appreciation that Plaintiff is forever foreclosed from pursuing any of the rights or claims so released or waived.

17.     This Agreement has been reviewed by the parties and their respective attorneys, and each have had full opportunity to negotiate the contents of this Agreement. The parties each waive any common law and statutory rule of construction that ambiguity should be construed against the drafter of this Agreement, and agree that the language in all parts of this Agreement shall be in all cases be construed as a whole, according to its fair meaning.

18.     All exhibits attached and referenced in this Agreement are incorporated into the Agreement as if fully set forth herein.

19.     This Agreement may be executed in any number of counterparts, each of which may be deemed an original and all of which together shall constitute a single instrument.

Settlement Agreement - *Alba, et al. v. CCSF*

**PLEASE READ CAREFULLY:** This Settlement Agreement and General Release of Claims includes a release of known and unknown claims related to this Action.

**IN WITNESS WHEREOF,** the Parties hereto have executed this Settlement Agreement and General Release.

By:_____     DATED:_____

    Michael Hennessey, Sheriff
    for City and County of San Francisco

**APPROVED AS TO FORM AND CONTENT:**

    DENNIS J. HERRERA
    City Attorney

By _____     DATED: 6/5/07

    ELIZABETH S. SALVESON,
    Chief Labor Attorney

By _____     DATED: 6/1/07

    JONATHAN C. ROLNICK,
    Deputy City Attorney

By:_____     DATED:_____

    DAVID E. MASTAGNI,
    Attorney for Plaintiffs

SIGNATURES OF INDIVIDUAL PLAINTIFFS ARE CONTAINED ON SEPARATE SIGNATURE PAGES ATTACHED AND INCLUDED HEREIN BY THIS REFERENCE.

Settlement Agreement - *Alba, et al. v. CCSF*

**PLEASE READ CAREFULLY: This Settlement Agreement and General Release of Claims includes a release of known and unknown claims related to this Action.**

**IN WITNESS WHEREOF,** the Parties hereto have executed this Settlement Agreement and General Release.

By:_____     DATED:_____
　　　Michael Hennessey, Sheriff
　　　for City and County of San Francisco

**APPROVED AS TO FORM AND CONTENT:**

　　　DENNIS J. HERRERA
　　　City Attorney

By _____     DATED:_____
　　　ELIZABETH S. SALVESON,
　　　Chief Labor Attorney

By _____     DATED:_____
　　　JONATHAN C. ROLNICK,
　　　Deputy City Attorney

By:_____     DATED: 6·1·07
　　　DAVID E. MASTAGNI,
　　　Attorney for Plaintiffs


SIGNATURES OF INDIVIDUAL PLAINTIFFS ARE CONTAINED ON SEPARATE SIGNATURE PAGES ATTACHED AND INCLUDED HEREIN BY THIS REFERENCE.


Settlement Agreement - *Alba, et al. v. CCSF*

**SETTLEMENT AGREEMENT AND RELEASE**
*Alba v. City and County of San Francisco,* United States District Court, Northern District of
California, case number No C 05-01667

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the
terms and conditions contained in this "Settlement Agreement and Release," as set forth in the
above eight pages, and in the attached "Stipulation re Approval of Settlement Agreement and
Dismissal With Prejudice and [Proposed] Order Thereon" that is attached as Exhibit B hereto. I
have sought the advice of my counsel with respect to any questions I might have regarding my
rights and obligations.

I understand that my acceptance of back wages due under the Fair Labor Standards Act means
that I have given up any right I may have to bring suit for such back wages under Section 16(b)
of that Act. Section 16(b) provides that an employee may bring suit on his/her own behalf for
unpaid minimum wages and/or overtime compensation and an equal amount as liquidated
damages, plus attorney's fees and court costs. Generally, a 2-year statute of limitations applies
to the recovery of back wages.

I understand that if I sign this page on the line below, I accept and agree to each of the terms
and conditions in both the: a) "Settlement Agreement and Release"; and b) "Stipulation re
Approval of Settlement Agreement and Dismissal With Prejudice and [Proposed] Order
Thereon". By signing below, I am agreeing to both forever settle my claim for Fair Labor
Standards Act (FLSA) overtime compensation which were asserted in the Action, or which
could have been asserted based upon or related to the facts alleged in the Action and to forever
dismiss this lawsuit. I voluntarily sign below after investigating the facts as I saw fit and based
upon my own decision. No one forced me to sign below.

Dated:_____

Signature: _____
_____

Type or Legibly print name: _____

Current Mailing Address: _____

_____

Settlement Agreement - *Alba, et al. v. CCSF*



| LAST NAME | FIRST NAME | MI |  |
|---|---|---|---|
| AAMIR-JACKSON | TARLIENA |  |  |
| ACEVES | IRMA |  |  |
| ADAMS | LISETTE |  |  |
| AFEAKI | FAIVA |  |  |
| AGUAS | RAMON |  |  |
| AGUILAR | EDWARD |  |  |
| ALBA | DAVE |  |  |
| ALCALA | SALVADOR |  |  |
| ALEXIS | LESSLIE |  |  |
| ALLEN | JAMES | D |  |
| ALONZO | FREDERICK |  |  |
| ALVA | JAVIER |  |  |
| ALVIAR | BASILLIO |  |  |
| ANDERSON | MICHAEL | W |  |
| ANGEL | WILLIAM | A. |  |
| ANTARAN | BENJAMIN | SR |  |
| ANTONIOTTI | GEORGE |  |  |
| APARICIO | HUGO |  |  |
| ARAGON | JAMES | L. |  |
| ARITA | JOHN |  |  |
| BAKER | JUDSON |  |  |
| BALLARD | IFVON |  |  |
| BALLI | EDWIN | M |  |
| BALMY | RICH |  |  |
| BANKS | LON | C. |  |
| BARBARI | MAZEN |  |  |
| BARBIERI | GERALD |  |  |
| BARNES | JACULINE |  |  |
| BARRANTES | NOEL |  |  |
| BASANEZ | BLAIR | J. |  |
| BECERRA | VICTOR | JR. |  |
| BLACK | ANTHONY |  |  |
| BLISS | MILTON | H. |  |
| BLOOM | BARRY |  |  |
| BONDANZA | CHRIS |  |  |
| BONNER | TYNITHIA |  |  |
| BRANNER | DAVID |  |  |
| BROUSSARD | JULIE | A. |  |
| BROWN | FABIAN | E |  |
| BRYANT | ANTHONY |  |  |
| BUI | JIMMY | D |  |
| BURGESS | KENNETH | R. |  |
| BURRIS | MALACHI |  |  |



| | | | |
|---|---|---|---|
| BURT-SMITH | KENNICE | | |
| BUSTOS | NORMAN | | |
| BUTLER | JUNO | | |
| CALDERON | DAVID | M | |
| CALDITO | RONALDO | | |
| CALIZ, SR. | MARCO | | |
| CAMACHO | ERICH | | |
| CAMBEROS | ITZA | | |
| CAPITULO | RONALD | | |
| CARMONA | JORGE | | |
| CARRASCO | ANTHONY | E. | |
| CARSON | VALERIE | | |
| CARTER | DENNIS | | |
| CASTELLANOS | LUIS | | |
| CASTRO | HAROLD | | |
| CATCHINGS | THOMAS | | |
| CAUSAPIN | ISMAEL | | |
| CERBONE | EUGENE | J. | |
| CHAN | JOHN | | |
| CHAN | WAYNE | | |
| CHIN | DOUGLAS | J. | |
| CHOI | JIN | | |
| CHOI | JOHN | | |
| CHOY | STANLEY | | |
| CHU | JENKIN | | |
| CHUA | JUN | | |
| CISSEL | PETRA | L. | |
| CLARK | CARLA | | |
| CLAYBORN | KIMBERLY | | |
| COLEMAN | DENISE | E. | |
| COLHOUR | MARCIA | | |
| COLLINS | ArLISA L. | | |
| CONTRERAS | DIANE | | |
| CONWAY | TIMOTHY | E. | |
| COOPER | ROBERT | H. | |
| CORDOBA | IVAN | | |
| COURTNEY | THERESA | | |
| CRANSTON | ERIC | C | |
| CRESHON | MURRAY | | |
| CRISTOBAL | REYNOLD | | |
| CRITTLE | JOSEPH | | |
| CRUZ-PADILLA | ANNETTE | | |
| CURLEY | TEQUISHA | | |
| DALY | ROBERT | | |

| DAVIS | BROCK | | |
|---|---|---|---|
| DAVIS | PAMELA | | |
| DAY | DENEILLE | | |
| DEAR | DAVID | | |
| DEGUZMAN | REYNOLD | V. | |
| DEL ROSARIO | PAUL | | |
| DEL ROSARIO | RAMON | | |
| DELEON | OMAR | | |
| DENZER | MARLA | | |
| DES ROCHE | RICHARD | II | |
| DETIEGE | BEVERLY | | |
| DICKERSON-BELL | WILMA | | |
| DISALVATURE | ROBERT | | |
| DONG | JEFFREY | | |
| DORSEY | LARRY | | |
| DOWDELL | ROLAND | | |
| DOWNES | GEORGE | | |
| DROCCO | RICHARD | | |
| DWORKIN | ALAN | | |
| EDWARDS | CURTIS | H. | |
| EDWARDS | GARRETT | M. | |
| ESPIL | RAYMOND | | |
| FARRELL | MARK | | |
| FELIX | DESIREE | | |
| FERNANDO | JENJEROME | | |
| FERRIGNO | KENNETH | | |
| FIELDS | FITZERALD | | |
| FIELDS | LAMONTE | ISEK | |
| FISHER | MICHELE | | |
| FLETCHER | WILLIAM | E. | |
| FLYNN | PATTI | ANN | |
| FOSTER | BEN | | |
| FOWLER | LARRY | | |
| FOXWORTHY | JAY A. | | |
| FREEMAN | PATRICK | | |
| FUNG | JOHNNY | W | |
| GARCIA | DONALD | | |
| GARCIA | JOHN | JR. | |
| GARCIA | RICHARD | | |
| GARCIA | SERGIO | | |
| GARRIDO | JUAN | | |
| GERACIMOS | COLEEN | | |
| GERACIMOS | STEPHEN | | |
| GOCHEZ | JULIO | | |

| | | | |
|---|---|---|---|
| GOMEZ | JAMES | | |
| GOMEZ | JOANNE | | |
| GOMEZ | SERGIO | | |
| GONG | MATTHEW | E. | |
| GONZALEZ | ARMANDO | | |
| GONZALEZ | ARMANDO | JR. | |
| GONZALEZ | RAFAEL | | |
| GOROSTIZA | SALVADOR | JR. | |
| GRAHAM | BRICEN | | |
| GRANT | PERCY | | |
| GRAY | JON | C | |
| GRAYSON | CHARLES | | |
| GREEN | MANCONIA | | |
| GROSS | DEAN | L. | |
| GUITRON | RIGOBERTO | | |
| GUNN | DWIGHT | | |
| GUZMAN | EDGAR | | |
| HALL | DWIGHT | A. | |
| HALL | JAMES | D. | |
| HAMMONS | ALYSA | L. | |
| HARRIS | ROBERT | III | |
| HARRISON | KENNETH | | |
| HARRISON | LAWANNA | | |
| HASKELL | MATTHEW | | |
| HELU | WILLIAM | | |
| HERD | RONNIE | | |
| HERRERA | MICHAEL | | |
| HERRON | SHANE | | |
| HICHO | AMIDO | S. | |
| HILL | MICHAEL | C. | |
| HOM | LAWRENCE | | |
| HOWARD | STEPHANIE | | |
| HUMPHREY | SUZETTE | F | |
| HUNTOON | MARK | | |
| ICHINOSE | ROBERT | | |
| IM | PAULER | V. | |
| JACKSON | JASON | H. | |
| JAMES | SARAH | | |
| JARDIN (TORRES) | JOHN | | |
| JAVIER | JEROME | V. | |
| JOE | WILLIAM | | |
| JOHNSON | DELMAR | | |
| JOHNSON | IMELDA | | |
| JOHNSON | RAYMOND | | |

| | | | |
|---|---|---|---|
| JOHNSON | RONALD | S. | |
| JONES | DARRYL | | |
| JONES | DOUGLAS | | |
| JONES | GREG | | |
| JONES | MICHAEL | A. | |
| JUBAR | HARRY | | |
| KACZMARCZYK | JOHN | M. | |
| KEETON | JENNIFER | | |
| KENDALL | ARIEH | S. | |
| KILGARIFF | MICHAEL | KEVIN | |
| KIM | MICHAEL | | |
| KINCADE | OLGA | | |
| KOON | LEONARD | | |
| KROL | CHRISTOPHER | | |
| KRYSTOF | ALPHERIE | | |
| KUHNS | JONATHAN | | |
| LAMUG | LEONARD | L. | |
| LANE | RONALD | R. | |
| LANGFORD | LOUIS | | |
| LAVAL | PATRICK | | |
| LAZATIN | MANOLITO | | |
| LEE | JEFFREY | E. | |
| LEE | JIMMY | | |
| LEE | LESLIE | G. | |
| LEE | RICHARD | | |
| LEE | WILLIAM | | |
| LELU | JEAN | | |
| LEW | FRED | | |
| LEWIS | CLARENCE | III | |
| LEWIS | KENNY | | |
| LIM | RONALD | | |
| LINTZ | CHARLES | | |
| LOKE | CELECIA | A. | |
| LOOS | MICHAEL | | |
| LOUIE | DONALD | | |
| LOW | GORDON JR. | B | |
| MACKSOUD | KEVIN | | |
| MAJANO | VICTOR | MANUEL | |
| MANALANG | ED | S. | |
| MARTIN | LINTON | | |
| MARTINEZ | ANDREW | III | |
| MARTINEZ | HECTOR | | |
| MARTINEZ | JULIE | | |
| MARTINEZ | NELSON | ANTONIO | |

| MATTISON | VANESSIE | | |
|---|---|---|---|
| McCAINE | JEROME | | |
| MCCLELLAN | PAUL | | |
| MCCONNELL | KEVIN | JOSEPH | |
| MCCOY | JOYCE | MARIE | |
| MCDANIELS | SHEDRICK | ALVIN | |
| McDONNELL | KEVIN | J. | |
| MEDRANO | ARTURO | A.S. | |
| MIRAMONTES | JAVIER | | |
| MIXCO | ENRIQUE | | |
| MOHN | MICHAEL | | |
| MOLINA | JULIO | CESER | |
| MORRISON | MARK | | |
| MURRAY | KATHLEEN | | |
| MUSTAIN | LELA | | |
| NAKAGAWA | KEVIN | | |
| NAPATA | LARRY | | |
| NEU | SCOTT | | |
| NG | MICHAEL | | |
| NODA | GARY | | |
| NOVAK | DOUGLAS | | |
| O'NEILL | SHANE | | |
| O'SHEA | MATTHEW | M. | |
| OTAGURO | MARK | | |
| PADILLA | JOSE | | |
| PALENCIA | JULIO | | |
| PALMER | RODNEY | | |
| PANGASNAN | CHARLES | | |
| PAULSON | KEVIN | | |
| PENNY | KAARON | | |
| PEPPERS | ANTHONY | | |
| PEREZ | FABIAN | | |
| PEREZ | SILVIO | | |
| PETRUCCI | PETER | | |
| PINEDA | JAMES | | |
| PONI | MARYANN | | |
| PRADO | MIGUEL | | |
| QUINTANA | MARCIO | | |
| QUOCK | STEPHANIE | | |
| QUOCK | VINCENT | | |
| RAGUAL | JASON | | |
| RAMIREZ | DANIEL | | |
| RAMOS | RAMIL | | |
| RAPICAVOLI | PAUL | | |

| REDUS | ELAINE R. | | |
| RHODES-SUMLER | KEDRA | | |
| RICE | BRIAN | | |
| RICE | YOLANDA | | |
| RIVAS | LUIS | | |
| ROBERTSON | MARK | | |
| ROBISON | RICHARD | | |
| RODRIGUEZ | MILTON | | |
| ROOD | ROBERT | | |
| ROSADO | RONALD | | |
| ROSEN | DANIEL | | |
| ROSSETTO | DENNIS | | |
| RUIZ | ELISEO | | |
| RUPPENSTEIN | EDWARD | | |
| SANCHEZ | VICTOR | | |
| SANDBERG | KURT | | |
| SANFORD | JAMALA | | |
| SANTIAGO | VICTOR | MICHAEL | |
| SASS | FREDERICK | | |
| SATO | JEFFREY | | |
| SAXENA | AJAY | | |
| SCANLON (RODRI | ESMERALDA | | |
| SCOTT | HENRY | | |
| SHANNON | JAMES | | |
| SHARPE | JAMES | | |
| SHERIFF | CHRISTOPHER | | |
| SIMMS | ERICK | | |
| SIMON | KENNETH | | |
| SIU | PATRICK | | |
| SLOCUM | LANA | | |
| SMITH | ERNEST | FREEMAN | |
| SONG | MELVIN | | |
| SOPER | CECILIA | ANNE | |
| SOSA | BRENDA | | |
| SPENCER | CHRISTOPHER | | |
| SPIRES-MORGAN | MATTI | | |
| STAEHELY | BRIAN D. | | |
| TAYLOR | OSCAR | | |
| THOMAS | FELISHA | | |
| THOMPSON | EDDIE | ALEX | |
| THOMPSON | RICHARD | | |
| TILTON | JASON | F | |
| TOLLIVER | DIANA | | |
| TONG | MICHAEL | S. | |

| | | | |
|---|---|---|---|
| TONGUE | GRANVILLE | | |
| TREVIZO | ROBERT | | |
| TUIASOSOPO | WILLIAM | | |
| TUOHY | PATRICK | | |
| TURNER | MATTHEW | JOHN | |
| TUSSEY | TERI | LYNNE | |
| VALDES | RICHARD | | |
| VARGAS | DOMINIC | DOMINGO | |
| VAUGHN | MELANIE | CAROLINE | |
| VELASCO | ELIZABETH | | |
| VIERRA | ALAN | | |
| VIGIL | SAMUEL | | |
| WALKER | LEONA | | |
| WALKER | PAMELA | | |
| WAN | BENTON | | |
| WAN | RONNIE | | |
| WARREN | KEVIN | | |
| WARREN | PHYLLIS | H. | |
| WASHINGTON | KENNETH L. | | |
| WEAVER | ERMA | | |
| WESTFIELD | SHEILA | | |
| WESTGATE | EDWARD | | |
| WILLIAMS | APRIL | DIANE | |
| WILLIAMS | CHARLES | | |
| WILLIAMS III | NELSON | | |
| WILSON | DANIEL | T | |
| WILSON | JAMES | | |
| WOLSKE | KIM | | |
| WONG | DAVID | KAM | |
| WONG | DAVID | | |
| WONG | RICHARD | | |
| WONG | STAN | | |
| WOO | RAYMOND | GIN | |
| WOOLFOLK | WAYNE | | |
| WYSINGER | SUPREMIE | | |
| XAVIER | STEPHEN | | |
| YAMBAO | CECILIA | | |
| YANGUAS | REX | | |
| YEE | WHITNEY | | |
| YEUNG | KENNETH | | |
| YOUNG | ALVIN | | |
| ZAMORA-SALMER | CARMEN | | |
| ZANIE | ROLAND | | |
| ZARAGOZA | ISAIAS | | |

| | | | |
|---|---|---|---|
| ZEHNER | ALISA | | |
| ZEHNER | MICHAEL | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |